**No. 09-9031. Peter Anthony Cantu, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1073, 130 S. Ct. 2102, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3326.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 341 Fed. Appx. 55.

**No. 09-9040. James D. Lyons, Petitioner v. United States.**

559 U.S. 1073, 130 S. Ct. 2102, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3378.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9045. Reuben Nieves, Petitioner v. World Savings Bank, FSB, et al.**

559 U.S. 1074, 130 S. Ct. 2102, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3289.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9046. Todd Darrell Ballard, Petitioner v. Pennsylvania.**

559 U.S. 1074, 130 S. Ct. 2102, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3423.

April 19, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 976 A.2d 1198.

**No. 09-9047. Eddie J. Armant, Petitioner v. Richard L. Stalder, former Secretary, Louisiana Department of Public Safety and Corrections, et al.**

559 U.S. 1074, 130 S. Ct. 2102, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3356.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 958.

**No. 09-9050. Timothy Byrd, Petitioner v. Gail Lewis, Warden, et al.**

559 U.S. 1074, 130 S. Ct. 2103, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3455.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 566 F.3d 855.

**No. 09-9051. Patricia Susan Boyer, Petitioner v. Stan Lee Boyer.**

559 U.S. 1074, 130 S. Ct. 2103, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3457.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 295 S.W.3d 556.

**No. 09-9055. Abdul Muhammad, Petitioner v. Illinois.**

559 U.S. 1074, 130 S. Ct. 2103, 176 L. Ed. 2d 733, 2010 U.S. LEXIS 3365.

April 19, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 381 Ill. App. 3d 1138, 359 Ill. Dec. 284, 966 N.E.2d 605.